CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 27 2007

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH M. STERN, | ) |
| 　　Plaintiff, | ) Civil Action No. 7:07cv00293 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| COMMONWEALTH OF | ) |
| VIRGINIA, et al., | ) By: Hon. Glen E. Conrad |
| 　　Defendants. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A. Any pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 26th day of June, 2007.

　　　　　　　　　　　　　　　　　　/s/ Glen Conrad
　　　　　　　　　　　　　　　　　　United States District Judge